Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

_____ District of Utah

_____ Division

RYAN ROBERT WALZ

)
)
)
)

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

REPROS RECOVERY

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

Case 1

Case: 2:24-cv-00809
Assigned To : Pead, Dustin B.
Assign. Date : 10/28/2024
Description: Walz v. Repros Recovery

Jury Trial: *(check one)* ☑ Yes ☐ No

FILED US District Court-UT
OCT 28 '24 AM11:03

## COMPLAINT FOR A CIVIL CASE

**I.    The Parties to This Complaint**

   **A.    The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | RYAN ROBERT WALZ |
   | Street Address | c/o 2077 South Main Street |
   | City and County | Spanish Fork, Utah County |
   | State and Zip Code | republic of Utah [84660] |
   | Telephone Number | 801-368-1138 |
   | E-mail Address | RYANWALZ@PROTON.ME |

   **B.    The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name                          REPROS RECOVERY

    Job or Title *(if known)*

    Street Address              4255 South 300 West #11

    City and County            Murray, Salt Lake County

    State and Zip Code       Utah, 84107

    Telephone Number

    E-mail Address *(if known)*


Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*


Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*


Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Amendment V of the United States constitution. "nor be deprived of life, liberty, or property, without due process of law"

The National Stolen Property Act of 1934 (NSPA) (18 U.S.C. §§ 2314 et seq.)

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

a.   If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

b.   If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

a.   If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.      If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.      The Amount in Controversy

The amount in controversy--the amount the plaintiff claims the defendant owes or the amount at stake--is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

During or around March of 2024 Defendant took a 2021 Dodge Ram 5500 and other property from plaintiff. Plaintiff sent a letter certified mail and hand delivered with witnesses demanding return of the property which defendant did not respond.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff requests that Defendant replace the Dodge 5500 and all private property that was contained on and within or if defendant has disposed of the property or the automobile that defendant pay damages of $125,000 dollars so that Plaintiff may replace all the relevant property. Plaintiff also requests additional damage of $5,000 for time and effort spent seeking relief.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          September 3, 2024

Signature of Plaintiff

Printed Name of Plaintiff      RYAN ROBERT WALZ

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Page 5 of 5

Print          Save As...          Add Attachment          Reset

Ryan Robert Walz
c/o Rural Route 2077 South Main Street
Spanish Fork, Utah [84660]
rynwlz@gmail.com
April 5th, 2024
Certified mail # 9589 0710 5270 0357 7257 69
Certified Mail # 9589 0710 5270 0357 7257 52

Repros Recovery
159 West 3440 South
South Salt Lake, Utah 84115
Repros Recovery
4205 south 300 west suite 11
Murray, Utah 84107

Demand for Return of Unlawfully Possessed Property

Dear, Repros Recovery

I am writing to demand the immediate return of my property, a 2020 Dodge Ram 5500 Vin # 3C7WRNFL8LG259918, which was unlawfully taken from 124 East 100 South Springville, Utah on March 25, 2024 around 4:33 P.M. I assert that I am the lawful owner of this property and that your possession of it constitutes an act of trespass.

I hereby demand that you cease and desist from any further acts of trespass and return my property to me immediately. If you fail to comply with this demand, I will take all necessary legal actions to recover my property and seek damages for any harm caused by your unlawful actions.

Please understand the law provides that you can be held personally liable as well as your company or agency, for any damages resulting from unlawful possession or acts of trespass.

Notice of Service:

I Ryan Robert Walz, certify that I personally delivered this notice to the above-named recipient and address on April 5th, 2024 and mailed by certified mail.

Sincerely,<br>Ryan Robert Walz



Ryan-Robert: Walz
c/o 9984 Scripps Ranch Blvd #1005
San Diego, California 92131

Repros Recovery
159 West 3440 South
South Salt Lake, Utah 84115

Repros Recovery
4205 South 300 West Suite 11
Murray, Utah 84107

October 28, 2024

### AFFIDAVIT OF FACTS

I Ryan-Robert: Walz, declare under penalty of perjury the following facts and information to be true to the best of my knowledge and understanding.

In March of 2024, REPROS RECOVERY stole private property belonging to me, taking a 2021 Dodge Ram and other private belongings owned by Ryan-Robert Walz. Violating my Fourth Amendment right to unreasonable searches and seizures and my Fifth Amendment right to life, liberty, property, and due process. On April 5th of 2024, I, Ryan-Robert: Walz, delivered to REPROS RECOVERY a letter demanding REPROS RECOVERY return the property to me; at that time, the man named Jared at the property where I had gone to serve my demand notice and where my automobile was held Jared, called the police, and the police asked me to leave the property or I would be charged with Trespassing in order to avoid further conflict I left. I am seeking compensatory damages in the amount of one hundred twenty-five thousand dollars ($125,000), plus treble damages pursuant to the applicable provisions of the Racketeer Influenced and Corrupt Organizations Act (RICO), for a total claim of $500,000.

without Prejudice UCC 1-308
Ryan-Robert: Walz